IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID C. HENDERSON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC., CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION<br><br>Defendants. | Civil Action No. 3:12-cv-00322<br><br>Judge Jane Boyle |

### DEFENDANT REMINGTON ARMS COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Defendant, REMINGTON ARMS COMPANY, LLC ("Remington") respectfully moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing the Complaint of the Plaintiff, David C. Henderson. For the following reasons, Plaintiff has failed to state a claim upon which relief can be granted:

1. The Complaint fails to state a claim under the Magnuson-Moss Warranty Act ("MMWA") because (a) it is time-barred by the terms of the warranty and the statute of limitations, (b) the alleged warranty underlying his MMWA claim did not constitute part of the basis of the bargain between the parties, as required by the MMWA, and (c) the Complaint fails to state a claim for breach of implied warranty under the MMWA because Plaintiff has not adequately alleged that the rifle was unfit for its ordinary purpose or for a particular purpose.

2. The Complaint fails to state a claim for unjust enrichment because (a) it is time-barred by the statute of limitations, (b) an express contract exists, and (c) Plaintiff did not confer a direct benefit onto Defendant.

The Memorandum in Support and Appendix filed herewith set forth the basis for this Motion and are incorporated herein by reference.

DATED:  April 9, 2012

        Respectfully submitted,

        s/ James D. Jordan
        James D. Jordan
        Bar Number: 11012380
        **Munsch Hardt Kopf & Harr, P.C.**
        3800 Lincoln Plaza
        500 North Akard Street
        Dallas, Texas 75201-6659
        Telephone: (214) 855-7500
        Fax:  (214) 978-4359
        jjordan@munsch.com

        —Of Counsel—

        Dale G. Wills
        (*pro hac vice* application forthcoming)
        James B. Vogts
        (*pro hac vice* application forthcoming)
        Andrew A. Lothson
        (*pro hac vice* application forthcoming)
        Swanson, Martin & Bell, LLP
        330 North Wabash, Suite 3300
        Chicago, Illinois 60611
        Telephone:  (312)-321-9100
        dwills@smbtrials.com
        jvogts@smbtrials.com
        alothson@smbtrials.com

        **ATTORNEYS FOR DEFENDANT**
        **REMINGTON ARMS COMPANY, LLC**

## CERTIFICATE OF SERVICE

      On April 9, 2012 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).

      s/ James D. Jordan

MHDocs 3751974_1 12794.1