# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DAVID C. HENDERSON, individually and on behalf of others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) REMINGTON ARMS COMPANY, LLC., ) CASCADE CARTRIDGE, INC. A/K/A ) CCI AMMUNITION ) ) Defendants. ) | Civil Action No. 3:12-CV-00322<br><br>Judge Jane Boyle |

## APPENDIX TO DEFENDANT REMINGTON ARMS COMPANY, LLC'S MOTION TO DISMISS

The following documents attached hereto are included in this Appendix:

1. Safety Warning and Recall Notice, Appendix p. 1.

2. Limited Two-Year Firearm Warranty, Appendix p. 2.

Respectfully submitted,

*/s/ James D. Jordan*
James D. Jordan
Bar Number: 11012380
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Fax: (214) 978-4359
E-mail: jjordan@munsch.com

*Attorneys for Defendant*
*Remington Arms Company, LLC*

## **CERTIFICATE OF SERVICE**

  On April 9, 2012 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).


                s/ James D. Jordan

    



 



# SAFETY WARNING AND RECALL NOTICE

## 17 HMR AMMUNITION AND MODEL 597® 17 HMR SEMI-AUTOMATIC

**DO NOT USE REMINGTON 17 HMR AMMUNITION IN SEMI-AUTOMATIC FIREARMS.**

**DO NOT USE THE REMINGTON MODEL 597 17 HMR SEMI-AUTOMATIC RIFLE.**

Remington has been notified by its supplier of 17 HMR ammunition that **17 HMR ammunition is not suitable for use in semi-automatic firearms. The use of this ammunition in a semi-automatic firearm could result in property damage or serious personal injury**.

If you have a semi-automatic firearm chambered for 17 HMR ammunition, **immediately discontinue use of Remington 17 HMR ammunition**. If you have any Remington 17 HMR ammunition that you wish to return to Remington contact the Remington Consumer Service number below. Do not return the ammunition to the dealer. Remington will provide you with a $10.00 coupon for each complete box of 50 rounds of Remington branded 17 HMR ammunition you return to Remington. This coupon is for end users only and will be good for the purchase of any Remington ammunition at your local dealer.

In light of the ammunition manufacturer's notice, it is very important that you **immediately stop using your Remington Model 597 17 HMR semi-automatic rifle**. If you own a Remington Model 597 17 HMR semi-automatic rifle and wish to return it to Remington please contact the below Remington Consumer Service Number. In return for your Remington Model 597 17 HMR synthetic stock semi-automatic rifle, Remington will provide you a coupon valued at $200.00 good for the purchase of a replacement Remington firearm. If you have a laminate stock Remington Model 597 17 HMR semi-automatic rifle, Remington will provide you a coupon valued at $250.00 good for the purchase of a replacement Remington firearm. This Coupon is for end users only and will be good for the purchase of a Remington firearm at your local dealer. Contact Remington to recieve your free shipping label to return your Model 597 17HMR semi-automatic rifle to Remington..

Please allow up to 6 weeks after Remington receives your Model 597 17 HMR semi-automatic rifle or your Remington branded 17 HMR ammunition for the appropriate coupons to arrive. Instructions for redemption of the coupons will be contained on the coupon.

For any consumer questions or instructions on how to return of your Model 597 17 HMR semi-automatic rifle or your Remington branded 17 HMR ammunition, **please contact the Remington Consumer Service Department at 1-800-243-9700, Prompt #3**.

We apologize for any inconvenience this may cause.

**Safety First**
Always observe the ten commandments of safe gun handling and wear approved eye and ear protection anytime you are shooting.

## Limited Two-Year Firearm Warranty

**Who and what is covered by this warranty and for how long?** Remington warrants to you, the original purchaser of a new firearm that, for two years from the date of purchase in the United States or Canada, your Remington firearm will be free from defects in material and workmanship.

**What will Remington do if you discover a defect?** If you make a claim within the warranty period following the instructions given in this warranty, we will, at our option, repair the defect(s), or replace the firearm at no cost to you. If we send you a new firearm, we will keep the defective one.

**What must you do to make a claim under this warranty?** First, when you purchase your firearm, you must complete and mail the warranty registration card to us (keep your sales receipt for proof of purchase date). Then, if you discover a defect, you must notify us or an authorized Remington warranty repair center before the end of the two-year period. You may either call or write Remington at:

Remington Arms Company, Inc.
Consumer Service Department
Post Office Box 700
Madison, NC 27025
1-800-243-9700

**PLEASE DO NOT RETURN FIREARMS TO THE ABOVE ADDRESS.** If we decide that it is necessary for you to return the firearm to the factory or an authorized warranty repair center, the owner must prepay freight. We will not accept COD shipments.

**What is not covered by this warranty?**
We will not cover damage of your firearm caused by:
- Failure to provide proper care and maintenance
- Accidents, abuse, or misuse
- Barrel obstruction
- Hand loaded, reloaded or improper ammunition
- Unauthorized adjustments, repairs or modifications
- Normal wear and tear

**What is excluded from this warranty?** Remington excludes and will not pay incidental or consequential damages under this warranty. By this we mean any loss, expense or damages other than to repair the defects in the firearm or replace the firearm. No implied warranties extend beyond the term of this written warranty. **PLEASE NOTE:** Some jurisdictions do not allow exclusion of incidental or consequential damages, or limitation on how long an implied warranty lasts, so the above exclusion and limitations may not apply to you. This warranty gives you specific legal rights and you may also have other rights.

PLEASE DETACH THIS PANEL BEFORE MAILING.

---

This card registers your product and helps us get to know our consumers. However, failure to complete and return this card does not diminish your warranty rights.

**2684470933**

**VERY IMPORTANT:**
Model 4 7 7 0 0 -

Please write in the last 5 digits of UPC bar code located on product carton
or affix owner registration sticker here

**Remington**
048E (versi)

REGISTER ONLINE AND QUALIFY FOR MONTHLY PRIZES
(all fields must be completed in order to qualify for monthly drawings)
WWW.REMINGTON.COM/WARRANTY

First Name
1. Last Name

Address (street number)   (Street name)
Apartment Number

City   State   Zip Code   Phone Number

Email Address (Example: yourname@yourhost.com)

☐ Yes! I want to receive offers or communications that may interest me from other companies via e-mail. I understand this e-mail address may be shared with and/or combined with information from other sources

☐ Yes! I want to receive offers or communications from Remington via e-mail

Date of Purchase   Store Name
Month / Day / Year

Serial Number   Purchase Price
$        , .00

8. **Where do you hunt?**
☐ Public   ☐ Own
☐ Private   ☐ Hunting Club
☐ Lease   ☐ Don't Hunt

9. **Send me information about:**
☐ a. Remington Shotguns   ☐ f. Remington Knives
☐ b. Remington Rifles   ☐ g. Fishing Lines
☐ c. Remington Black Powder   ☐ h. Remington Credit Card
☐ d. Remington Safes   ☐ i. Remington Steel Shot
☐ e. Remington Ammunition

10. **What are the outdoor interests in your household?**
**(1) Hunting**   **(2) Shooting**
☐ a. Waterfowl   ☐ a. Trap/Skeet   ☐ e. Silhouettes
☐ b. Upland Birds   ☐ b. Sporting Clays   ☐ f. Archery
☐ c. Turkey   ☐ c. Target   ☐ g. Crossbows
☐ d. Big Game   ☐ d. Plinking
☐ e. Small Game   **(4) Outdoor**
**(3) Fishing**   ☐ a. Camping
☐ a. In-shore   ☐ b. Hiking
☐ b. River/Stream   ☐ c. Motorcycling
☐ c. Lake   ☐ d. Boating
☐ d. Off-shore   ☐ e. Off Road

11. **A. This Remington just purchased will be used for:**
☐ a. Waterfowl   ☐ g. Trap
☐ b. Big Game   ☐ h. Skeet
☐ c. Small Game   ☐ i. Sporting Clays
☐ d. Varmints   ☐ j. Targets/Plinking
☐ e. Upland Birds   ☐ k. Gun Collection
☐ f. Turkey   ☐ l. Home Defense

B. Using the above options, please list the number that corresponds with the primary use: ☐

12. **How many other Remington Firearms do you own?**
☐ None   ☐ 1-2   ☐ 3-4   ☐ More

13. Which do you use the Internet for? (check all that apply)

14. **Your Gender:**
☐ Male   ☐ Female

15. **Your Marital Status::**
☐ Married   ☐ Single

16. **Date of Birth:**
Month / Day / Year

17. **Including yourself, how many people live in your household? (Examples: 01, 02, etc.)**
Children (18 and younger)   Adults

18. **Date of Birth of children in your household 18 years of age and younger:**
☐ Male   ☐ Female   Month / Day / Year
☐ Male   ☐ Female   Month / Day / Year

19. **For your primary residence, do you:**
☐ 1. Own   ☐ 2. Rent

20. **Education:** (Please check which category applies to you)
☐ 1. Some High School   ☐ 3. College Degree
☐ 2. Completed High School   ☐ 4. Graduate Degree

21. **Which best describes your family income?**
☐ Under $15,000   ☐ $100,000-$124,999
☐ $15,000-$24,999   ☐ $125,000-$149,999
☐ $25,000-$34,999   ☐ $150,000-$174,999
☐ $35,000-$49,999   ☐ $175,000-$199,999
☐ $50,000-$74,999   ☐ $200,000-$249,999
☐ $75,000-$99,999   ☐ $250,000 or Over

22. **Why did you purchase a Remington Firearm?**
☐ 1. Previous Experience   ☐ 4. Internet
☐ 2. Friends Recommend   ☐ 5. Ads
☐ 3. Salesperson   ☐ 6. Reputation

23. **Do you own a dog?**
☐ 1. Family   ☐ 2. Hunting

24. What type of vehicle do you drive most often?

APP 2