# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

David C. Henderson
_____
Plaintiff

v.

Remington Arms Company, LLC, et. al.
_____
Defendant

3:12-CV-00322
_____
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Remington Arms Company, LLC

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Freedom Group, Inc., FGI Holding Company, LLC, FGI Operating Company, LLC, Remington Arms Company, LLC, Munsch Hardt Kopf & Harr, P.C., Debevoise & Plimpton LLP, Swanson, Martin & Bell, LLP.

| | |
|---|---|
| Date: | April 9, 2012 |
| Signature: | /s/ James D. Jordan |
| Print Name: | James D. Jordan |
| Bar Number: | 11012380 |
| Address: | 3800 Lincoln Plaza, 500 North Akard |
| City, State, Zip: | Dallas, Texas 75201 |
| Telephone: | 214-855-7500 |
| Fax: | 214-978-4359 |
| E-Mail: | jjordan@munsch.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons