# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DAVID C. HENDERSON, individually and on behalf of others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 3:12-cv-00322 |
| vs. ) ) | Judge Jane Boyle |
| REMINGTON ARMS COMPANY, LLC., CASCADE CARTRIDGE, INC. A/K/A CCI AMMUNITION ) ) ) ) | |
| Defendants. ) | |

**DEFENDANT REMINGTON ARMS COMPANY'S MOTION TO TRANSFER**

Defendant, REMINGTON ARMS COMPANY, LLC ("Remington") respectfully moves this Court pursuant to the "first-to-file" rule and 28 U.S.C. § 1404(a) to transfer this case to the United States District Court for the Middle District of North Carolina, where *Maxwell v. Remington* is currently pending under Case Number 10-cv-00918. The Memorandum in Support, Appendix, and Declaration filed herewith set forth the basis for this Motion and are incorporated herein by reference.

Respectfully submitted,

s/ James D. Jordan
James D. Jordan
Bar Number: 11012380
**Munsch Hardt Kopf & Harr, P.C.**
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Fax:  (214) 978-4359
jjordan@munsch.com

—Of Counsel—

Dale G. Wills
(*pro hac vice* application forthcoming)
James B. Vogts
(*pro hac vice* application forthcoming)
Andrew A. Lothson
(*pro hac vice* application forthcoming)
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
Telephone:  (312)-321-9100
dwills@smbtrials.com
jvogts@smbtrials.com
alothson@smbtrials.com

**ATTORNEYS FOR DEFENDANT REMINGTON ARMS COMPANY, LLC**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant Remington Arms Company, LLC (James B. Vogts) and counsel for plaintiff (Christopher Ellis) conferred on April 9, 2012, in an effort to reach an agreement concerning this motion.  An agreement could not be reached and plaintiff's counsel has confirmed that the plaintiff is opposing this motion.

*s/ James B. Vogts*
One of the Attorneys for Defendant
Remington Arms Company, LLC

s/ James D. Jordan
James D. Jordan
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
214-855-7543
JJordan@Munsch.com

MHDocs 3752038_1 12794.1

—Of Counsel—

Dale G. Wills
(*pro hac vice* application forthcoming)
James B. Vogts
(*pro hac vice* application forthcoming)
Andrew A. Lothson
(*pro hac vice* application forthcoming)
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, Illinois 60611
Telephone:  (312)-321-9100
dwills@smbtrials.com
jvogts@smbtrials.com
alothson@smbtrials.com

**ATTORNEYS FOR DEFENDANT
REMINGTON ARMS COMPANY, LLC**

## CERTIFICATE OF SERVICE

On April 9, 2012 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).

                                                s/ James D. Jordan