UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID C. HENDERSON, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-0322-B |
| REMINGTON ARMS COMPANY, LLC and CASCADE CARTRIDGE, INC. a/k/a CCI AMMUNITION, | § § § § | |
| Defendants. | § § | |

## ORDER TRANSFERRING CASE

Before the Court are Defendant Remington Arms Company's ("Remington") Motion to Transfer filed April 9, 2012 (doc. 17) and the Joint Stipulation filed May 1, 2012 (doc. 24) by Remington and Plaintiff David C. Henderson ("Henderson").[1] As noted by Remington, an earlier-filed case involving substantially similar issues and parties is currently pending in the United States District Court for the Middle District of North Carolina, *Mawell v. Remington Arms Company, Inc.*, Case No. 1:10-cv-918. Based on Remington's Motion and the parties' Joint Stipulation, in which Remington and Henderson request that the Court transfer this case to the Middle District of North Carolina, the Court finds that the instant action should be and hereby is **TRANSFERRED** to the Greensboro Division of the U.S. District Court for the Middle District of North Carolina pursuant to the first-to-file rule and 28 U.S.C. § 1404(a).

---

[1] Defendant Cascade Cartridge, Inc. has not been served and has not entered an appearance in this case. Joint Stipulation ¶ 2.

SO ORDERED.

SIGNED: May 2, 2012.

                                                                                                  _____
                                                                                                  JANE J. BOYLE
                                                                                                  UNITED STATES DISTRICT JUDGE